# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130236

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DENNIS ANTHONY GLOVER,
     Defendant-Appellant.

SC: 130236
COA: 265737
Macomb CC: 04-003550-FH

_____/

On order of the Court, the application for leave to appeal the November 15, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

t0424